**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKIE DIVISION**

**CRYSTAL RENEE NAPARALA,**

**Plaintiff,**

**CIVIL ACTION NO. 2:25-cv-01872-LA**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

---

# DEFENDANT'S DISCLOSURE STATEMENT

---

Defendant, The Lincoln National Life Insurance Company, by and through its undersigned counsel of record, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and hereby states as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 29th day of December 2025.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Britney A. McDonald
Email: britney@marcwhitehead.com

December 29, 2025 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers