# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CRYSTAL RENEE NAPARALA,**
**Plaintiff,**

**v.** **Case No. 25-CV-1872**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.**
**Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding Date: 2/13/2026
Time Commenced: 11:10 a.m. Concluded: 11:15 a.m.
Deputy Clerk: LEH Court Reporter: N/A

APPEARANCES:

Plaintiff: By Attorney Britney McDonald

Defendant: By Attorney Iwana Rademaekers

Nature of Conference: Telephonic Scheduling Conference

Notes:

The Court adopted the parties' proposed schedule.