UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CRYSTAL RENEE NAPARLA,**
**Plaintiff,**

**v.** **Case No. 25-CV-1872**

**THE LINCOLN NAT'L LIFE INS. CO.,**
**Defendant.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On February 13, 2026, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.). This case is an appeal of plaintiff's denial of benefits brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA") in which Plaintiff seeks Long-Term Disability ("LTD") benefits under the ERISA-governed Plan at issue. Therefore, this case requires only a review of the administrative record and several deadlines traditionally set in litigation will not be set in this case.

**IT IS ORDERED** that:

1. The parties agree that proceedings are exempt from initial disclosures.
2. Defendant will produce the administrative record on or before **February 26, 2026.**
3. Plaintiff may dispute the administrative record up to and including **March 26, 2026.**
4. All non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service

of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

5. a. All dispositive motions will be due on or before **September 4, 2026.**

   b. Responses to dispositive motions will be due on or before **October 2, 2026.**

   c. Per the parties' agreement, replies will not be permitted without leave of the court.

   d. Aside from what has been described above, all summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

6. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

Attorneys are required to electronically file all proposed orders to the docket **in addition to** emailing them in an edit-friendly Word document to Judge Adelman's Proposed Order email: AdelmanPO@wied.uscourts.gov. The absence of an edit-friendly copy may result in processing delays and/or communication from the Court instructing parties to provide these documents before an order can be entered. This email box is for proposed orders only. Please do not send any *ex parte* communications to the court unless they relate to a proposed order or a pre-mediation statement.

**SO ORDERED** at Milwaukee, Wisconsin, this 13th day of February, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge