**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**CRYSTAL RENEE NAPARALA,**

**Plaintiff,**

**Case No. 2:25-cv-1872**

**v.**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,**

**Defendant.**

---

JOINT MOTION TO EXTEND DEADLINES

---

Plaintiff and Defendant, by and through their undersigned counsel, jointly move the Court for an extension of the deadlines for dispositive motions and responses thereto. In support of this Motion, the parties state:

1. Under the Court's current scheduling order, dispositive motions are due September 4, 2026, and responses to dispositive motions are due October 2, 2026.
2. The parties jointly request that the deadline for dispositive motions be extended to November 3, 2026, and that the deadline for responses to dispositive motions be extended to December 1, 2026.
3. The requested extension is necessary to provide the parties additional time to prepare and brief dispositive motions and responses as parties are still conducting settlement negotiations. The request is made in good faith and not for purposes of delay.
4. The requested extensions will not prejudice either party and will not otherwise affect the orderly progression of this matter.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and extend the dispositive-motion deadline to November 3, 2026, and the response deadline to December 1, 2026.

Dated September 1, 2026

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

/s/ Britney McDonald
Britney Anne Heath McDonald
Tex. Bar. No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
*Attorney for Plaintiff*

And

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, the foregoing was filed electronically through CM/ECF, which will provide notice to all counsel of record.

/s/ Britney Anne Heath McDonald
Britney Anne Heath McDonald