**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**CRYSTAL RENEE NAPARALA,**

**Plaintiff,**

**v.**

**Case No. 2:25-cv-1872**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,**

**Defendant.**

---

ORDER ON JOINT MOTION TO EXTEND DEADLINES

---

Upon consideration of the parties' Joint Motion to Extend Deadlines, and for good cause shown, the Motion is **GRANTED**.

The deadline for filing dispositive motions is extended from **September 4, 2026, to November 3, 2026**.

The deadline for filing responses to dispositive motions is extended from **October 2, 2026, to December 1, 2026**.

All other deadlines and provisions of the Court's Scheduling Order remain unchanged.

SO ORDERED on ________________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE